# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Qualo Martez Lowery,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:11cv327

Douglas Moore; John Fish;
and Terrence Mitchell,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2012 Order.

                                              Signed: February 28, 2012

                                              */s/ Frank G. Johns*

                                              Frank G. Johns, Clerk
                                              United States District Court